ORIGINAL

FILED
U.S. DISTRICT CO[URT]
AUGUSTA DIV.
2015 APR -7 PM 2:
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TYRONE D. LASHORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 314-156 |
| DAVE CHANEY, Medical Doctor, Telfair State Prison, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 7th day of April, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE