ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUN 15 AM 10:43

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TYRONE D. LASHORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 314-156 |
| | ) |
| DAVE CHANEY, Medical Doctor, | ) |
| Telfair State Prison, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 22).[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 15th day of June, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In response to the Report and Recommendation, Plaintiff filed a "Motion for Statement of Claim." (Doc. no. 22.) Because Plaintiff repeats the allegations of his complaint and argues why his claims should go forward, the Court construes this filing as Plaintiff's objections to the Report and Recommendation. See, e.g., Gilreath v. State Bd. of Pardons and Paroles, 273 F.3d 932, 933 (11th Cir. 2001) (approving practice of looking beyond the title of a document in order to properly analyze its substance).