# United States District Court
## *Southern District of Georgia*

TYRONE D. LASHORE,

    Plaintiff,

                                JUDGMENT IN A CIVIL CASE

        V.                              CASE NUMBER: CV314-156

DAVE CHANEY, Medical Doctor, Telfair State Prison,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 15, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED and stands CLOSED.

| | | |
|---|---|---|
| June 15, 2015 | | Scott L. Poff |
| *Date* | | *Clerk* |
| | | *C. Adams* |
| | | *(By) Deputy Clerk* |